UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONYA COLEMAN CRUMP

VERSUS

BATON ROUGE CITY
CONSTABLES OFFICE

CIVIL ACTION

NO. 17-257-JJB-EWD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated September 22, 2017 (R. Doc. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Motion to Remand (R. Doc. 4) is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Further, the parties shall bear their own costs incurred as a result of the instant removal.

Signed in Baton Rouge, Louisiana, on October 16, 2017.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA